

GOBIERNO DE PUERTO RICO
ADMINISTRACION DE CORRECCION
ANEXO FACILIDAD 500 GUAYMA
CALL BOX 10005 GUAYAMA, PUERTO RICO 00785

## NOTIFICACION SOBRE CAMBIO DE FECHA DE CUMPLIMIENTO DE SENTENCIA

**NOMBRE:** GUILLERMO FONSECA BERMUDEZ     **NUMERO:** 4-26369/6-51901

**SENTENCIA:** 8 ANOS

**DELITOS:** SUSTANCIAS CONTROLADAS Y OTROS

**FECHA MAXIMO:** 14/OCTUBRE/2003     **NUEVA FECHA CUMPLIRA MAXIMO:** 14/OCTUBRE/2003

**FECHA MINIMO:** _____     **NUEVA FECHA CUMPLIRA MINIMO:** CUMPLIDO

___CERO___ DIAS DE BONIFICACION ADICIONAL POR:

( ) LABORES REALIZADAS     ( ) ESTUDIOS CURSADOS

( ) OTORS: _____

DURANTE LOS PERIODOS DE __9/MARZO/2003__ A __9/ABRIL/2003__

SR. JUAN ORTIZ ESCUDE
TECNICO DE RECORD CRIMINAL

__10 DE ABRIL DE 2003__
FECHA

*NOTA: "Federal Detainer"

Cc:  DIVISION DE RECORD CENTRAL
     HON. JUNTA DE LIBERTAD BAJO PALABRA
     UNIDAD SOCIO PENAL
     CLIENTE



GOBIERNO DE PUERTO RICO
**ADMINISTRACION DE CORRECCION**
*FACILIDAD CORRECCIONAL DE GUAYAMA*

Call Box 10005 • Guayama, Puerto Rico 00785

## NOTIFICACION SOBRE CAMBIO DE FECHA DE CUMPLIMIENTO DE SENTENCIA

NOMBRE: Guillermo Fonseca Bermúdez      NUMERO: 4-26369 / 6-51901

SENTENCIA: 8 años

DELITOS: Sustancias Controladas

FECHA MAXIMO: 12-noviembre-2003    **NUEVA FECHA CUMPLIRA MAXIMO:** 14-octubre-2003

FECHA MINIMO: Cumplido.    **NUEVA FECHA CUMPLIRA MINIMO:** Cumplido.

__28__ DIAS DE BONIFICACION ADICIONAL POR:

(x) LABORES REALIZADAS    ( ) ESTUDIOS CURSADOS

( ) OTROS: _____

DURANTE LOS PERIODOS DE  9-enero-2002  A  9-julio-2002

11 de julio de 2002                   Francisco Amaro
FECHA                                 TECNICO DE RECORD CRIMINAL

CC: DIVISION DE RECORD CENTRAL
    HON. JUNTA DE L. B. P.
    UNIDAD SOCIOPENAL
    CLIENTE

AO 245B (8/96) Judgment in a Criminal Case

# UNITED STATES DISTRICT COURT

FOR THE _____  District of _____ PUERTO RICO

UNITED STATES OF AMERICA
V.
GUILLERMO FONSECA-BERMUDEZ
aka: "Guillo"

**JUDGMENT IN A CRIMINAL CASE**
(For Offenses Committed On or After November 1, 1987)

Case Number:    99 CR 254-05 (DRD)

Marlene APONTE-CABRERA, ESQ.
Defendant's Attorney

**THE DEFENDANT:**

X  pleaded guilty to count(s)  One

☐  pleaded nolo contendere to count(s) _____
which was accepted by the court.

☐  was found guilty on count(s) _____
after a plea of not guilty.

| Title & Section | Nature of Offense | Date Offense Concluded | Count Number(s) |
|---|---|---|---|
| 21:846 | Distribution of in excess of one (1) kilogram of heroin, in excess of five (5) kilograms of cocaine and cocaine and in excess of fifty (50) pounds of marihuana. | 08-19-99 | |

The defendant is sentenced as provided in pages 2 through __5__ of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

☐  The defendant has been found not guilty on count(s) _____

X  Count(s) 2 & 3  is  X  are  dismissed on the motion of the United States.

IT IS FURTHER ORDERED that the defendant shall notify the United States Attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid.

Defendant's Soc. Sec. No.: 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

Defendant's Date of Birth: 09-17-64

Defendant's USM No.: 18158-069

Defendant's Residence Address:

Calle José Bellone 114

Guayama, Puerto Rico

Defendant's Mailing Address:

SAME AS ABOVE

October 2, 2000
Date of Imposition of Judgment

Signature of Judicial Officer

DANIEL R. DOMINGUEZ, US District Judge
Name and Title of Judicial Officer

October 16, 2000
Date

A/cs: 2 USM, USPO
S/cs: USM, USPO, PR, FC

DEFENDANT: GUILLERMO FONSECA-BERMUDEZ
CASE NUMBER: 99 CR 254-05 (DRD)

Judgment — Page 2 of 5

## IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total total term of **156 MONTHS for Ct 1**.

X    The court makes the following recommendations to the Bureau of Prisons:
That the defendant be allowed to serve his sentence under local custody under the Puerto Rico Correctional System.

☐ The defendant is remanded to the custody of the United States Marshal.

☐ The defendant shall surrender to the United States Marshal for this district:
  ☐ at _____ ☐ a.m. ☐ p.m. on _____.
  ☐ as notified by the United States Marshal.

The defendant shall surrender for service of sentence at the institution designated by the Bureau of
  ☐ before 2 p.m. on _____.
  ☐ as notified by the United States Marshal.
  ☐ as notified by the Probation or Pretrial Services Office.

## RETURN

I have executed this judgment as follows:

_____
_____
_____

Defendant delivered on _____ to _____

at _____, with a certified copy of this judgment.

_____
UNITED STATES MARSHAL

By _____
Deputy U.S. Marshal

AO 245B    (8/96) Judgment in a Criminal Case
           Sheet 2 — Reverse — Imprisonment

DEFENDANT:     GUILLERMO FONSECA-BERMUDEZ                 Judgment—Page  2A  of  5
CASE NUMBER:   99 CR 254-05 (DRD)

## ADDITIONAL IMPRISONMENT TERMS

The term of imprisonment imposed is to be served concurrently with any other sentence he is currently serving.

DEFENDANT:     GUILLERMO FONSECA-BERMUDEZ                 Judgment—Page  2A  of  5
CASE NUMBER:   99 CR 254-05 (DRD)

```
CUME7   540*23  *           SENTENCE MONITORING          *    12-13-2004
PAGE 001         *           COMPUTATION DATA             *    07:18:03
                              AS OF 12-13-2004

REGNO..: 18158-069  NAME: FONSECA-BERMUDEZ, GUILLERMO


FBI NO............: 817655NA3              DATE OF BIRTH: 09-17-1964
ARS1..............: CUM/A-DES
UNIT..............: UNIT C                 QUARTERS.....: Z02-213LAD
DETAINERS.........: NO                     NOTIFICATIONS: NO

PRE-RELEASE PREPARATION DATE: 08-09-2011

THE FOLLOWING SENTENCE DATA IS FOR THE INMATE'S CURRENT COMMITMENT.
THE INMATE IS PROJECTED FOR RELEASE:  02-09-2012 VIA GCT REL

-----------------------CURRENT JUDGMENT/WARRANT NO: 010 -----------------------

COURT OF JURISDICTION............: PUERTO RICO
DOCKET NUMBER....................: 99 CR 254-05 (DRD)
JUDGE............................: DOMINGUEZ
DATE SENTENCED/PROBATION IMPOSED.: 10-02-2000
DATE COMMITTED...................: 12-15-2003
HOW COMMITTED....................: US DISTRICT COURT COMMITMENT
PROBATION IMPOSED................: NO

                 FELONY ASSESS    MISDMNR ASSESS    FINES           COSTS
NON-COMMITTED.:  $100.00          $00.00            $00.00          $00.00

RESTITUTION...:  PROPERTY: NO    SERVICES: NO       AMOUNT: $00.00

--------------------------CURRENT OBLIGATION NO: 010 --------------------------
OFFENSE CODE....:  391
OFF/CHG: 21:846 DISTRIBUTION OF IN EXCESS OF ONE (1) KILOGRAM OF HEROIN
         IN EXCESS OF FIVE (5) KILOGRAMS OF COCAINE AND COCAINE AND IN
         EXCESS OF FIFTY (50) POUNDS OF MARIHUANA

SENTENCE PROCEDURE...............: 3559 PLRA SENTENCE
SENTENCE IMPOSED/TIME TO SERVE..:  156 MONTHS
TERM OF SUPERVISION..............:  5 YEARS
RELATIONSHIP OF THIS OBLIGATION
   TO OTHERS FOR THE OFFENDER....: CC W/ANY SENTENCE
DATE OF OFFENSE..................: 08-19-1999




G0002        MORE PAGES TO FOLLOW . . .
```

Attachment B

```
CUME7  542*22  *           SENTENCE MONITORING          *      12-13-2004
PAGE 001 OF 001 *            GOOD TIME DATA             *      07:18:03
                           AS OF  12-13-2004

REGNO...: 18158-069   NAME: FONSECA-BERMUDEZ, GUILLERMO
ARS 1...: CUM A-DES                                    PLRA
COMPUTATION NUMBER..: 010            FUNC..: PRT    ACT DT:
LAST UPDATED: DATE..: 12-13-2004     FACL..: CUM    CALC: AUTOMATIC
UNIT................: UNIT C         QUARTERS............: Z02-213LAD
DATE COMP BEGINS....: 10-02-2000     COMP STATUS.........: COMPLETE
TOTAL JAIL CREDIT...: 0              TOTAL INOP TIME.....: 0
CURRENT REL DT......: 02-27-2013 WED EXPIRES FULL TERM DT: 10-01-2013
PROJ SATISFACT DT...: 02-09-2012 THU PROJ SATISF METHOD..: GCT REL
ACTUAL SATISFACT DT.:                ACTUAL SATISF METHOD:
DAYS REMAINING......:                FINAL PUBLC LAW DAYS:

-------------------------GOOD CONDUCT TIME AMOUNTS-------------------------
   START        STOP        MAX POSSIBLE TO    ACTUAL TOTALS    VESTED    VESTED
    DATE        DATE        DIS     FFT        DIS     FFT      AMOUNT    DATE
  10-02-2000  10-01-2001     54      54
  10-02-2001  10-01-2002     54     108
  10-02-2002  10-01-2003     54     162
  10-02-2003  10-01-2004     54     216
  10-02-2004  10-01-2005     54             13
  10-02-2005  10-01-2006     54
  10-02-2006  10-01-2007     54
  10-02-2007  10-01-2008     54
  10-02-2008  10-01-2009     54
  10-02-2009  10-01-2010     54
  10-02-2010  10-01-2011     54
  10-02-2011  02-09-2012     19

       TOTAL EARNED AMOUNT......................................: 216
       TOTAL EARNED AND PROJECTED AMOUNT........................: 600




G0005       TRANSACTION SUCCESSFULLY COMPLETED - CONTINUE PROCESSING IF DESIRED
```

```
CUME7  540*23 *         SENTENCE MONITORING          *    12-13-2004
PAGE 002 OF 002 *         COMPUTATION DATA           *    07:18:03
                         AS OF 12-13-2004

REGNO..: 18158-069 NAME: FONSECA-BERMUDEZ, GUILLERMO


------------------------CURRENT COMPUTATION NO: 010 ------------------------

COMPUTATION 010 WAS LAST UPDATED ON 12-13-2004 AT CUM AUTOMATICALLY

THE FOLLOWING JUDGMENTS, WARRANTS AND OBLIGATIONS ARE INCLUDED IN
CURRENT COMPUTATION 010: 010 010

DATE COMPUTATION BEGAN..........: 10-02-2000
TOTAL TERM IN EFFECT............:   156 MONTHS
TOTAL TERM IN EFFECT CONVERTED..:    13 YEARS
EARLIEST DATE OF OFFENSE........: 08-19-1999

TOTAL PRIOR CREDIT TIME.........: 0
TOTAL INOPERATIVE TIME..........: 0
TOTAL GCT EARNED AND PROJECTED..: 600
TOTAL GCT EARNED................: 216
STATUTORY RELEASE DATE PROJECTED: 02-09-2012
SIX MONTH /10% DATE.............: N/A
EXPIRATION FULL TERM DATE.......: 10-01-2013


PROJECTED SATISFACTION DATE.....: 02-09-2012
PROJECTED SATISFACTION METHOD...: GCT REL




G0000        TRANSACTION SUCCESSFULLY COMPLETED
```