AO 245B   (8/96) Sheet 2—Imprisonment

| | | Judgment — Page 2 of 5 |
|---|---|---|
| DEFENDANT: | GUILLERMO FONSECA-BERMUDEZ | |
| CASE NUMBER: | 99 CR 254-05 (DRD) | |

# IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total total term of **156 MONTHS for Ct 1**.

X   The court makes the following recommendations to the Bureau of Prisons:
That the defendant be allowed to serve his sentence under local custody under the Puerto Rico Correctional System.

☐   The defendant is remanded to the custody of the United States Marshal.

☐   The defendant shall surrender to the United States Marshal for this district:

   ☐   at _____ ☐ a.m. ☐ p.m. on _____

   ☐   as notified by the United States Marshal.

The defendant shall surrender for service of sentence at the institution designated by the Bureau of

   ☐   before 2 p.m. on _____ .

   ☐   as notified by the United States Marshal.

   ☐   as notified by the Probation or Pretrial Services Office.

# RETURN

I have executed this judgment as follows:

_____

_____

_____

Defendant delivered on _____ to _____

at _____ , with a certified copy of this judgment.

_____
UNITED STATES MARSHAL

By _____
Deputy U.S. Marshal

*Exhibit A*

AO 245B    (8/96) Judgment in a Criminal Case
        Sheet 2 — Reverse — Imprisonment

Judgment—Page   2A   of   5

DEFENDANT:    GUILLERMO FONSECA-BERMUDEZ
CASE NUMBER:  99 CR 254-05 (DRD)

## ADDITIONAL IMPRISONMENT TERMS

The term of imprisonment imposed is to be served concurrently with any other sentence he is currently serving.

Exhibit A-1

```
 CUMFB   540*23  *        SENTENCE MONITORING           *   12-07-2006
 PAGE 001         *        COMPUTATION DATA              *   17:09:51
                           AS OF 12-07-2006

REGNO..: 18158-069 NAME: FONSECA-BERMUDEZ, GUILLERMO


FBI NO............: 817655NA3            DATE OF BIRTH: 09-17-1964
ARS1..............: CUM/A-DES
UNIT..............: UNIT C               QUARTERS.....: C03-223L
DETAINERS.........: NO                   NOTIFICATIONS: NO

PRE-RELEASE PREPARATION DATE: 10-17-2011

THE FOLLOWING SENTENCE DATA IS FOR THE INMATE'S CURRENT COMMITMENT.
THE INMATE IS PROJECTED FOR RELEASE:  04-17-2012 VIA GCT REL

---------------------CURRENT JUDGMENT/WARRANT NO: 010 ----------------------

COURT OF JURISDICTION............: PUERTO RICO
DOCKET NUMBER....................: 99 CR 254-05 (DRD)
JUDGE............................: DOMINGUEZ
DATE SENTENCED/PROBATION IMPOSED: 10-02-2000
DATE COMMITTED...................: 12-15-2003
HOW COMMITTED....................: US DISTRICT COURT COMMITMENT
PROBATION IMPOSED................: NO

                 FELONY ASSESS   MISDMNR ASSESS   FINES           COSTS
NON-COMMITTED.:  $100.00         $00.00           $00.00          $00.00

RESTITUTION...: PROPERTY:  NO  SERVICES:  NO      AMOUNT:  $00.00

-------------------------CURRENT OBLIGATION NO: 010 ------------------------
OFFENSE CODE....:  391
OFF/CHG: 21:846 DISTRIBUTION OF IN EXCESS OF ONE (1) KILOGRAM OF HEROIN
         IN EXCESS OF FIVE (5) KILOGRAMS OF COCAINE AND COCAINE AND IN
         EXCESS OF FIFTY (50) POUNDS OF MARIHUANA

 SENTENCE PROCEDURE..............: 3559 PLRA SENTENCE
 SENTENCE IMPOSED/TIME TO SERVE.:   156 MONTHS
 TERM OF SUPERVISION.............:     5 YEARS
 RELATIONSHIP OF THIS OBLIGATION
  TO OTHERS FOR THE OFFENDER....: CC W/ANY SENTENCE
 DATE OF OFFENSE.................: 08-19-1999




G0002       MORE PAGES TO FOLLOW . . .
```

*Exhibit B*

```
CUMFB   540*23  *          SENTENCE MONITORING         *    12-07-2006
PAGE 002 OF 002 *           COMPUTATION DATA           *    17:09:51
                            AS OF 12-07-2006

REGNO..: 18158-069 NAME: FONSECA-BERMUDEZ, GUILLERMO


------------------------CURRENT COMPUTATION NO: 010 ------------------------

COMPUTATION 010 WAS LAST UPDATED ON 05-08-2006 AT CUM AUTOMATICALLY

THE FOLLOWING JUDGMENTS, WARRANTS AND OBLIGATIONS ARE INCLUDED IN
CURRENT COMPUTATION 010: 010 010

DATE COMPUTATION BEGAN..........: 10-02-2000
TOTAL TERM IN EFFECT............:   156 MONTHS
TOTAL TERM IN EFFECT CONVERTED..:    13 YEARS
EARLIEST DATE OF OFFENSE........: 08-19-1999

TOTAL PRIOR CREDIT TIME.........: 0
TOTAL INOPERATIVE TIME..........: 0
TOTAL GCT EARNED AND PROJECTED..: 532
TOTAL GCT EARNED................: 299
STATUTORY RELEASE DATE PROJECTED: 04-17-2012
SIX MONTH /10% DATE.............: N/A
EXPIRATION FULL TERM DATE.......: 10-01-2013


PROJECTED SATISFACTION DATE.....: 04-17-2012
PROJECTED SATISFACTION METHOD...: GCT REL




G0000          TRANSACTION SUCCESSFULLY COMPLETED
```

Exhibit B-1